UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RESIDENTS AND FAMILIES UNITED TO SAVE OUR
ADULT HOMES, et al,

                                   Plaintiffs-Petitioners,

-against-

NIRAV R. SHAH, as Commissioner of the New York State
Department of Health, et al.,

                                   Defendants-Respondents.

**DECLARATION**

Civil Case No.:
1:16-cv-1683

(NGG-RER)

---

**DAVID T. LUNTZ**, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney admitted to practice law in the State of New York, and this court, and am a member of the law firm of Hinman Straub P.C., counsel for the Empire Petitioners in the above-entitled action. As such, I am fully familiar with the facts and circumstances set forth herein.

2. I make this declaration in opposition to the Proposed Intervenors' motion to intervene pursuant to Fed. R. Civ., P. 24. Based on the facts and circumstances set forth in the motion to intervene, the proposed intervention is both untimely and improper. In this regard, the Empire Petitioners join in, and expressly incorporate by reference, the declaration, exhibits, and memorandum of law in opposition submitted by the Residents and Families Petitioners.

3. Based on the foregoing, the Empire Petitioners respectfully request that the motion to intervene be denied, in all respects.

4. I certify that the instant motion in opposition to Proposed Intervenors' motion to intervene in this action is submitted in good faith.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 27, 2017

HINMAN STRAUB P.C.

By _____
David T. Luntz

Attorneys for Empire Petitioners
121 State Street
Albany, NY 12207
(518) 436-0751

4822-5495-8674, v. 1